# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                        Crim. No. 2:09-CR-4-3

JUSTIN FOSTER

    On Saturday, November 17, 2012, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                             Respectfully submitted,

                                                             /s/ Kevin L. Connolley
                                                             Kevin L. Connolley
                                                             Supervising U.S. Probation Officer

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2012.

                                                             Terrence W. Boyle
                                                             U.S. District Judge